UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>ABEL MEDINA HERNANDEZ,<br>　　　　　Defendant. | Case No. 18-cr-00458-RS-1<br><br>**ORDER REQUESTING RESPONSE** |

The government is requested to file an opposition, statement of non-opposition, or other response to the motion for reconveyance of real property (Dkt. No. 85), no later than July 3, 2023.

**IT IS SO ORDERED**.

Dated: June 15, 2023

_____
RICHARD SEEBORG
Chief United States District Judge