MARK GOLDROSEN, ESQ. (CSBN 101731)
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA  94103
Telephone:  (415) 565-9600
markgoldro@aol.com

Attorney for Defendant ABEL MEDINA HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                    )<br>       Plaintiff                              )<br>                                                    )<br> vs.                                              )<br>                                                    )<br>  ABEL MEDINA HERNANDEZ,   )<br>                                                    )<br>       Defendants.                         )<br>_____) | CR No. 18-0458-RS-1<br><br>ORDER |

GOOD CAUSE APPEARING AND BASED ON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Motion for Order that Clerk's Office Reconvey Real Property Posted as Surety for Bond (ECF # 85) is withdrawn on the ground that it is moot. The hearing scheduled for July 11, 2023 is vacated.

DATED: June  28  , 2023

_____
Hon. Richard Seeborg
U.S. District Judge